IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| **OSCAR ANTONIO BELLO-PACHAY**<br>Reg. #72816-018 | **PETITIONER** |
| V. | No. 2:25-cv-00033-KGB-ERE |
| **CRAIG STALHOOD, Acting Warden,**<br>**FCI-Forrest City** | **RESPONDENT** |

## ORDER

Petitioner Oscar Bello-Pachay, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a petition for habeas relief under 28 U.S.C. § 2241 related to First Step Act ("FSA") credits. *Doc. 1*. Respondent asserts that Mr. Bello-Pachay's claims should be dismissed because: (1) he failed to exhaust his administrative remedies; (2) he has not demonstrated error regarding FSA time credits; and (3) his equal-protections claim is meritless. *Doc. 6*.

Mr. Bello-Pachay has up to and including Friday, May 9, 2025, to file a reply addressing the arguments in Respondent's response.

The Clerk of the Court is directed to change Respondent to "Warden, FCI-Forrest City."[1]

---

[1] Respondent advises that C. Humphrey is now the warden at Forrest City. This is, at least, the third different warden in the past several months. Rather than to continue to try to keep up with the current warden, a generic reference to "Warden, FCI-Forrest City" will be used.

So Ordered 25 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE